PER CURIAM.
Affirmed. See Wuornos v. State, 644 So.2d 1012 (Fla.1994), cert. denied, — U.S. —, 115 S.Ct. 1708, 131 L.Ed.2d 568 (1995); Trawick v. State, 473 So.2d 1235 (Fla.1985), cert. denied, 476 U.S. 1143, 106 S.Ct. 2254, 90 L.Ed.2d 699 (1986); Watts v. State, 537 So.2d 699 (Fla. 4th DCA 1989), review denied, 545 So.2d 1370 (Fla.1989); Rolle v. State, 493 So.2d 1089 (Fla. 4th DCA 1986), review denied, 503 So.2d 327 (Fla.1987).